ROBERT B. KUCHINSKI, CONSERVATOR (ESTATE OF ROBERT P. KUCHINSKI) *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 198, is denied.

*Joseph Biraglia,* in support of the petition.

*Paul E. Pollock,* in opposition.

Decided October 23, 1990

STATE OF CONNECTICUT *v.* SUSAN NELSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 23 Conn. App. 215, is denied.

*James A. Killen,* assistant state's attorney, in support of the petition.

*Timothy H. Everett* and *Gary M. Case,* certified legal intern, in opposition.

Decided October 23, 1990

JAMES CASERTA *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 232, is granted, limited to the following issue:

"Was the Appellate Court correct in holding that the zoning board of appeals lacked jurisdiction and that it was unnecessary to decide the board's scope of review?"

*Bruce L. Levin,* in support of the petition.

*Benson A. Snaider,* in opposition.

Decided October 23, 1990